ACCEPTED
07-13-00353-CR
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
10/26/2015 2:00:13 PM
Vivian Long, Clerk

# MARY B. HENNESSY

ATTORNEY AT LAW
P.O. Box 2536
Brenham, Texas 77834-2536
Tele. (979) 277-0757
Fax: (979) 421-8226

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS

10/26/2015 2:00:13 PM

VIVIAN LONG
CLERK

October 26, 2015

Vivian Long, Clerk
Seventh Court of Appeals
PO Box 9540
Amarillo, Texas 79105-9540

Re: Cause No. 07-13-00353-CR; *Terry James Fielder, Jr.* v. *State of Texas;* In the Seventh of Appeals, Amarillo, Texas

Dear Ms. Roessler,

In accordance with Rule 48.4, I certify that on October 14, 2015, I sent a copy of this Court's Opinion to Terry Fielder at his last known address. That letter also advised Terry Fielder of his right to pursue a Petition for Discretionary Review according to Texas Rule of Appellate Procedure 68. The letter and opinion were mailed using certified mail. I am attaching a copy of the UPSS tracking history confirming delivery.

Sincerely,

/S/ MARY HENNESSY

Mary Hennessy



# USPS Tracking®


**Customer Service ›**
Have questions? We're here to help.


**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 70150640000142917221

**Updated Delivery Day:** Wednesday, October 21, 2015

## Product & Tracking Information

**Postal Product:**

**Features:**
Certified Mail™

## Available Actions

**Text Updates**

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **October 23, 2015 , 7:56 am** | **Delivered** | **TENNESSEE COLONY, TX 75880** |

Your item was delivered at 7:56 am on October 23, 2015 in TENNESSEE COLONY, TX 75880.

| | | |
|---|---|---|
| October 21, 2015 , 8:27 am | Available for Pickup | TENNESSEE COLONY, TX 75880 |
| October 21, 2015 , 8:27 am | Arrived at Unit | TENNESSEE COLONY, TX 75861 |
| October 16, 2015 , 11:20 am | Arrived at USPS Facility | NTX P&DC |
| October 14, 2015 , 9:47 pm | Departed USPS Facility | ESSEX JUNCTION, VT 05452 |
| October 14, 2015 , 9:13 pm | Arrived at USPS Origin Facility | ESSEX JUNCTION, VT 05452 |
| October 14, 2015 , 6:16 pm | Departed Post Office | SOUTH BURLINGTON, VT 05403 |
| October 14, 2015 , 4:50 pm | Picked Up | SOUTH BURLINGTON, VT 05403 |

## Track Another Package

**Tracking (or receipt) number**

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



**HELPFUL LINKS**

Contact Us

Site Index

FAQs

**ON ABOUT.USPS.COM**

About USPS Home

Newsroom

USPS Service Updates

Forms & Publications

Government Services

Careers

**OTHER USPS SITES**

Business Customer Gateway

Postal Inspectors

Inspector General

Postal Explorer

National Postal Museum

Resources for Developers

**LEGAL INFORMATION**

Privacy Policy

Terms of Use

FOIA

No FEAR Act EEO Data

Copyright © 2015 USPS. All Rights Reserved.

Search or Enter a Tracking Number